# SUPREME COURT OF HAWAI'I

December 18, 2015

| | | |
|---|---|---|
| SCWC–12–0 000514 | State v. Hardoby | Affirmed |

December 21, 2015

| | | |
|---|---|---|
| SCAP–13–0 000029 | State v. Toma | Vacated and Remanded |

December 30, 2015

| | | |
|---|---|---|
| SCWC–12–0 000124 | State v. Deming | Vacated and Remanded |